IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
ENTERED

DEC  6 2001

Michael N. Milby, Clerk of Court

-------------------------------------------------------------------------- x
IN RE:   Letter Rogatory from the Presiding Officer for   )
         Special Court for Economic Offenses              )
         At Bangalore City, India                         )
         For Assistance in the Criminal Matter of         )   NO.  MC-01-477
         **Gejjagaraguppe Vidyaraj**                      )
--------------------------------------------------------------------------x

## O R D E R

On the application of the United States, in support of a letter rogatory by India in a criminal matter from the Presiding Officer for Special Court for Economic Offenses at Bangalore City, India,

Quincy L. Ollison, is appointed as a Commissioner of this Court to execute the letter rogatory.

1.  Take necessary steps, including issuance of commissioner's subpoenas, to collect evidence and secure the appearance of individuals;

2.  Notify with respect to the appearance of individuals and collection of evidence to those persons identified in the request;

3.  Secure the appearance of individuals and collect evidence requested consistent with its use as evidence before a tribunal in India, as specified in the request, by the requesting court, or by a representative of India;

4.  Seek further orders to execute this request; and

5.  Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to India.



In collecting the evidence, the Commissioner may be accompanied by Special Agents of the F.B.I..

_____
UNITED STATES DISTRICT JUDGE

Dated: __November 26, 2001__